## THIRD DEPARTMENT, SEPTEMBER, 1933.

In the Matter of the Claim of HAROLD EISENBERG, Respondent, against ERIE RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser Bliss and Heffernan, JJ., concur; Rhodes, J., dissents, with a memorandum.

RHODES, J. (dissenting). I dissent. The claimant worked substantially the whole of the year preceding his injury, but was a five-day worker. The wage

rate should, therefore, be computed in accordance with subdivision 3 of section 14 of the Workmen's Compensation Law. (See *Matter of Remmert* v. *Weidenmeyer*, 237 App. Div. 147; affd., 262 N. Y. ——.)